Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com

Attorneys for Plaintiff, DENNIS WEIBLE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DENNIS WEIBLE, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| DYNAMIC RECOVERY SERVICES, INC., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**PLAINTIFF'S COMPLAINT**

DENNIS WEIBLE (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against DYNAMIC RECOVERY SERVICES, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

6. Plaintiff is a natural person residing in Queen Creek, Maricopa County, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a Texas Corporation headquartered in Dallas, Dallas County, Texas.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see Plaintiff's call log attached as Exhibit A).

12. Defendant calls Plaintiff at 480-888-9600.

13. Defendant calls Plaintiff from 972-241-1534 (see Exhibit A).

14. Defendant places calls to Plaintiff and fails to disclose that the call is from a debt collector (see transcribed voicemail messages attached as group Exhibit B).

15. Defendant places calls to Plaintiff and fails to provide meaningful disclosure of the caller's identity (see group Exhibit B).

16. Defendant did not send Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress and/or abuse the Plaintiff.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass the Plaintiff.

   c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

   d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to inform Plaintiff of the caller's identity.

   e. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to inform Plaintiff that the call is from a debt collector.

   f. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the calls are from a debt collector.

WHEREFORE, Plaintiff, DENNIS WEIBLE, respectfully requests judgment be entered against Defendant, DYNAMIC RECOVERY SERVICES, INC., for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, DENNIS WEIBLE, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  October 5, 2009            KROHN & MOSS, LTD.


By:     /s/Ryan Lee
        Ryan Lee
        Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, DENNIS WEIBLE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DENNIS WEIBLE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: Sep 10, 2009          _____
                             DENNIS WEIBLE

PLAINTIFF'S COMPLAINT

## **EXHIBIT A**

Call log prepared by and for Dennis Weible
Dynamic Recovery Serv
(972) 241-1534

| # | Date | Time | |
|---|---|---|---|
| 1 | 6/04 | 1137 | |
| 2 | 6/08 | 0839 | |
| 3 | 6/10 | 1102 | |
| 4 | 6/17 | 0844 | 1 |
| 5 | 6/17 | 0845 | 2 |
| 6 | 6/22 | 0826 | |
| 7 | 6/28 | 0815 | |
| 8 | 6/29 | 1345 | |
| 9 | 7/06 | 0907 | |
| 10 | 7/13 | 0952 | 1 |
| 11 | 7/13 | 1348 | 2 |
| 12 | 7/15 | 0946 | |
| 13 | 7/23 | 0919 | 1 |
| 14 | 7/23 | 1346 | 2 |
| 15 | 7/30 | 0950 | |
| 16 | 8/03 | 1220 | |
| 17 | 8/14 | 1347 | |
| 18 | 8/19 | 1439 | |
| 19 | 8/21 | 0924 | |
| 20 | 9/02 | 0845 | |
| 21 | 9/07 | 0836 | |
| 22 | 9/10 | 1006 | |

*[Signed] Dennis Weible*
*9/10/09*

# EXHIBIT B

**DENNIS WEIBLE v. DYNAMIC RECOVERY SERVICES, INC.**

Hello, this is a very important message only for Dennis Weible. This is not a sales or telemarketing phone call. To receive this very important message, please call us back at 1-800-886-8088. Thank you.

Hello, this is a very important message only for Dennis Weible. This is not a sales or telemarketing phone call. To receive this very important message, please call us back at 1800-886-8088. Thank you.