Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com

Attorneys for Plaintiff, DENNIS WEIBLE

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| DENNIS WEIBLE, | Case No.: 2:09-cv-02095-MHB |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| DYNAMIC RECOVERY SERVICES, INC., | |
| Defendant. | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, DENNIS WEIBLE, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 5, 2010                                KROHN & MOSS, LTD.


By:<u>/s/ Ryan Lee</u>

Ryan Lee

Attorneys for Plaintiff,
DENNIS WEIBLE